**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| CCL LABEL, INC., | |
| Plaintiff, | **Stipulation of Dismissal with Prejudice** |
| v. | |
| LASER BAND LLC ET AL., | Case No. 1:15-cv-00378-RJA-LGF |
| Defendants. | |

---

Now come the undersigned attorneys for the respective parties, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), who hereby stipulate that the above action is dismissed in its entirety with prejudice, with each party to bear its own costs, attorney fees and expenses.

Dated: May 23, 2016

  s/ Matthew J. Cavanagh                     s/Robert J. Fluskey, Jr.
Counsel for Plaintiff                        Counsel for Defendants

{6130997:}